In the Matter of JUNIOR COLLINS, Appellant, v J.F. BELLNIER,
Respondent.

Submitted September 20, 2010; decided October 14, 2010

Motion to vacate this Court's August 24, 2010 dismissal order
granted [see 15 NY3d 801 (2010)]. On the Court's own motion,
appeal transferred, without costs, to the Appellate Division,
Third Department, upon the ground that a direct appeal does
not lie when questions other than the constitutional validity of

a statutory provision are involved (NY Const, art VI, § 3.[b] [2]; § 5 [b]; CPLR 5601 [b] [2]).